UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | |
| v. | ) | Case Number:  1:17-cr-118-2-TCB |
| | ) | USM Number:  63028-037 |
| THADDEUS UGHA | ) | |
| | ) | Steven P. Berne |
| | ) | Defendant's Attorney |
| | ) | |

**THE DEFENDANT:**

Was found guilty on count(s) 1, 2, 4, 5, 6, 10, 12, 13, 14 by a jury verdict returned on February 1, 2018. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1344 and 1349 | Conspiracy to Commit Bank Fraud | 2012 (exact date unknown) | 1 |
| 18 U.S.C. § 1344 and 2 | Bank Fraud | August 14, 2007 | 2 |
| 18 U.S.C. § 1344 and 2 | Bank Fraud | April 21, 2008 | 4 |
| 18 U.S.C. § 1344 and 2 | Bank Fraud | August 7, 2008 | 5 |
| 18 U.S.C. § 1344 and 2 | Bank Fraud | September 3, 2008 | 6 |
| 18 U.S.C. § 1014 and 2 | False Statement to a Federally Insured Institution | August 14, 2007 | 10 |
| 18 U.S.C. § 1014 and 2 | False Statement to a Federally Insured Institution | April 21, 2008 | 12 |
| 18 U.S.C. § 1014 and 2 | False Statement to a Federally Insured Institution | August 7, 2008 | 13 |
| 18 U.S.C. § 1014 and 2 | False Statement to a Federally Insured Institution | September 3, 2008 | 14 |

The defendant is sentenced as provided in pages 2 through 10 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant was found not guilty on Count(s) 3, 8, 9, 11, 16, 17.

It is ordered that the defendant notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Judgment in a Criminal Case
Sheet 1

DEFENDANT: THADDEUS UGHA
CASE NUMBER: 1:17-cr-118-3-TCB

Judgment — Page 2 of 10

June 13, 2018
Date of Imposition of Judgment

*/s/ Timothy C. Batten*
Signature of Judge

**TIMOTHY C. BATTEN, SR., U. S. DISTRICT JUDGE**
Name and Title of Judge

6-15-18
Date

Judgment in a Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: THADDEUS UGHA
CASE NUMBER: 1:17-cr-118-3-TCB

Judgment — Page 3 of 10

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of FORTY (40) MONTHS as to each of Counts 1, 2, 4, 5, 6, 10, 12, 13, 14, to be served concurrently, for a total of FORTY (40) MONTHS.

The court makes the following recommendations to the Bureau of Prisons: That the defendant be incarcerated in the Atlanta, Georgia facility if possible.

The defendant is remanded to the custody of the United States Marshal.

Upon release from the custody of the Bureau of Prisons, the defendant is to be turned over to a duly-authorized immigration official for appropriate removal proceedings from the United States. If deported, the defendant shall not reenter the United States unless he applies and receives permission from the Attorney General of the United States to legally enter the United States.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U. S. Marshal

Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: THADDEUS UGHA
CASE NUMBER: 1:17-cr-118-3-TCB

Judgment — Page 4 of 10

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of : **THREE (3) YEARS as to each of Counts 1, 2, 4, 5, 6, 10, 12, 13, 14 to be served concurrently, for a total of THREE (3) YEARS**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.  *(check if applicable)*
4. You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. Restitution payments must be made to Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303.
5. You must cooperate in the collection of DNA as directed by the probation officer.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Case 1:17-cr-00118-TCB-JKL   Document 81   Filed 06/15/18   Page 5 of 10

Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: THADDEUS UGHA
CASE NUMBER: 1:17-cr-118-3-TCB

Judgment — Page 5 of 10

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov.

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature _____   Date _____

USPO's Signature _____   Date _____

Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: THADDEUS UGHA
CASE NUMBER: 1:17-cr-118-3-TCB

Judgment — Page 6 of 10

# ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following additional standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1. You must refrain from the excessive use of alcohol.

2. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and that areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: THADDEUS UGHA
CASE NUMBER: 1:17-cr-118-3-TCB

Judgment — Page 7 of 10

# SPECIAL CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following special conditions of supervision.

Upon completion of the term of imprisonment and release from the custody of the Federal Bureau of Prisons, you must be turned over to a duly authorized immigration official for appropriate removal proceedings from the United States, pursuant to 18 U.S.C. § 3583(d) in accordance with the Immigration and Nationality Act. If deported, you must not reenter the United States unless you apply for and receive permission from the Secretary of Homeland Security to enter the United States legally. If not deported, you must report to the nearest United States Probation Office within 72 hours of release.

You must make a full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer. You must not incur new credit charges or open additional lines of credit without approval of your probation officer.

Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

DEFENDANT: THADDEUS UGHA
CASE NUMBER: 1:17-cr-118-3-TCB

Judgment — Page 8 of 10

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

**Assessment**

**TOTALS**    $900.00

**Restitution**

**TOTALS**    $2,845,541.34

The defendant must make restitution (including community restitution) jointly and severally with all co-defendants to the following payees in the amount listed below.  Restitution payments must be made to Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| CitiMortgage, Inc<br>Fraud Prevention and Investigation<br>Attn: Chad Troutwine<br>MS 357<br>1000 Technology Drive<br>O'Fallen, Missouri   63368 | | $1,405,643.97 | |
| Freddie Mac<br>8200 Jones Branch Drive<br>Attn Dominic Ducanes<br>McLean, Virginia   22102-3110 | | $181,675.01 | |
| Bank of America Home Loans<br>NC4-105-02-11<br>(Cash remittance Fraud)<br>Attn: Donna McLauchllin<br>4161 Piedmont Parkway<br>Greensboro, North Carolina   27410 | | $217,543.78 | |

Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

DEFENDANT: THADDEUS UGHA
CASE NUMBER: 1:17-cr-118-3-TCB

Judgment — Page 9 of 10

| | |
|---|---|
| Finance Operations Center<br>Federal Housing Administration<br>52 Corporate Circle<br>Albany, New York 12203 | $423,691.62 |
| Fifth Third Bank<br>Attn: Fraud Restitution Holdover<br>P.O. Box 638234<br>Cincinnati, Ohio 45263 | $325,801.43 |
| Quiken Loans<br>Attn: Restitution Payments<br>1050 Woodward Avenue<br>Detroit, Michigan 48226-1906 | $217,591.11 |
| Mortgage Guaranty Insurance Corp.<br>(MGIC)<br>Attn: Brian Remington<br>    VP of Loss Mitigation<br>270 East Kilbourn Ave.<br>Milwaukee, Wisconsin 53202 | $73,594.42 |
| **TOTALS** | $2,845,541.34 |

The interest requirement for the restitution is modified as follows:

The restitution shall be paid in full immediately. The defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Upon release, he is required to make payments in the amount of $200 per month, plus 25% of gross income in excess of $2,500.

The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

DEFENDANT: THADDEUS UGHA
CASE NUMBER: 1:17-cr-118-3-TCB

Judgment — Page 10 of 10

# FORFEITURE

The forfeiture of the defendant's right, title and interest in certain property is hereby ordered consistent with the plea agreement. The United States shall submit a proposed order of forfeiture forthwith.